**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY SOLOMON, | No. 10-17663 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-00841-PMP-PAL |
| v. | |
| BANK OF AMERICA HOME LOANS; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted June 15, 2011[**]

Before:     CANBY, O'SCANNLAIN and TALLMAN, Circuit Judges.

Plaintiff-appellant Gary Solomon appeals the district court's denial of his

request for preliminary injunctive relief against defendants-appellees.  Our

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

jurisdiction is governed by 28 U.S.C. § 1292(a)(1). We dismiss the appeal as moot.

The district court denied Solomon's request for a preliminary injunction seeking to stay foreclosure proceedings. After Solomon filed this appeal, the district court issued a final judgment dismissing the underlying action against all defendants. We determine questions of mootness in light of the present circumstances. *Mitchell v. Dupnik*, 75 F.3d 517, 528 (9th Cir. 1996). Because the facts and circumstances supporting the preliminary injunction application have materially changed, we cannot grant the requested relief. *Doe and Associates Law Offices v. Napolitano*, 252 F.3d 1026, 1029 (9th Cir. 2001) (holding that dismissal of underlying action renders moot the district court's denial of preliminary injunctive relief). Accordingly, this appeal is moot.

**DISMISSED.**